United States District Court

Eastern District of California

Christopher DuPree,

       Plaintiff,

vs.

Ernest Roe, et al.,

       Defendants.

No. Civ. S 02-1435 DFL PAN P

Order

-oOo-

    July 5, 2005, defendants moved for summary judgment. Defendants' September 27, 2004, motion for summary judgment on the same grounds is deemed filed July 5, 2005.  If plaintiff opposes summary judgment he must file and serve a written opposition within 10 days.

    So ordered.

    Dated: July 19, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge