United States District Court

Eastern District of California

Christopher Dupree,

       Plaintiff,                  No. Civ. S 02-1435 DFL PAN P

  vs.                              Order

Ernest Roe, et al.,

       Defendants.

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  Pursuant to the schedule made April 8, 2005, plaintiff's pretrial statement is due December 16, 2005, defendants' pretrial statement is due December 30, 2005, pretrial conference is set for January 6, 2006, and trial is set for March

///

///

///

///

1  27, 2006.  Since defendants' motion for summary judgment is
2  pending, the above dates are vacated.
3       So ordered.
4       Dated:  December 15, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge