IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DUPREE,

    Plaintiff,                         No. CIV S-02-1435 DFL JFM P

    vs.

ERNEST ROE, et al.,

    Defendant.                       <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 6, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

ORDERED that:

1. The findings and recommendations filed March 6, 2006 are adopted in full;

2. Plaintiff's September 10, 2004 request for summary judgment is denied;

3. Plaintiff's September 12, 2005 motions for temporary restraining order and preliminary injunction are denied.

4. Plaintiff's November 7, 2005 motion for preliminary injunction is denied;

5. Defendants' July 5, 2005 motion for summary judgment is granted; and

6. The action is dismissed as moot.

DATED: 3/28/2006

_____
DAVID F. LEVI
United States District Judge